NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DON A. BLAIR,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7137

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1676, Judge Bruce E. Kasold.

---

## ORDER

Upon review of this recently docketed appeal, the court considers whether Don A. Blair should be directed to show cause why his appeal should not be dismissed as untimely filed.

The United States Court of Appeals for Veterans Claims entered judgment in this case on June 21, 2010. The docket sheet of the Court of Appeals for Veterans Claims indicates that that court received Blair's notice of

appeal on August 23, 2010, or 63 days after entry of judgment.

Any appeal of the judgment had to be received by the Court of Appeals for Veterans Claims within 60 days of the date of entry of judgment. 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1). If the notice of appeal was untimely filed, we do not have jurisdiction and this appeal must be dismissed. *See Bowles v. Russell*, 551 U.S. __, 127 S.Ct. 2360 (2007) (the timely filing of a notice of appeal in a civil case is a jurisdictional requirement); *Sofarelli Assoc., Inc. v. United States*, 716 F.2d 1395 (Fed. Cir. 1983).

Accordingly,

IT IS ORDERED THAT:

(1) Blair is directed to show cause, within 21 days of the date of filing of this order, why his appeal should not be dismissed as untimely filed. The Secretary may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

OCT 2 7 2010
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc: Roger W. Rutherford, Esq.
    P. Davis Oliver, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2010

JAN HORBALY
CLERK